

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>RICARDO MIGUEL CARLOS, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-CR-00001 CJC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __the Defendant__ , IT IS ORDERED that a detention hearing is set for __February 24, 2022__ , _____ , at __11:00__ ☒a.m. / ☐p.m. before the Honorable __Douglas F. McCormick__ , in Courtroom __6A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __February 17, 2022__        __Douglas F. McCormick__
                                    U.S. ~~District Judge~~/Magistrate Judge